ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 MAY 10  PM 4: 05

DEPUTY CLERK_____ CT

**Lee Moss**

Plaintiff

v.

**Medline Inc. (Wilmer B-06)**

Defendant

3 - 21 CV 1055 - B

Civil Action No.

## COMPLAINT

"See Attachment"

\* Attach additional pages as needed.

Date         5-10-21

Signature    _____

Print Name   Lee Moss

Address      8081 Marvin D. Love Fwy #1211

City, State, Zip   Dallas, Tx. 75237

Telephone    214-562-6955

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --**   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you** *receive* **this Notice.** Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Lee A. Moss<br>8081 Marvin D Love Fwy<br>#1211<br>Dallas, TX 75237 | From: **Dallas District Office**<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |
|---|---|

|  | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2021-00811 | Juan F. Munoz,<br>**Intake Supervisor** | (972) 918-3607 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

for _____     2/22/2021

Enclosures(s)         **Belinda F. McCallister,**     *(Date Issued)*
                        **District Director**

cc: **Lisa Bowen**
**HR Manager**
**MEDLINE INDUSTRIES**
**1 Medline Dr**
**Wilmer, TX 75172**

JS 44   (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**(b)** County of Residence of First Listed Plaintiff   DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

County of Residence of First Listed Defendant   DALLAS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED

MAY 10 2021

CLERK U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[X] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| | | | **IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

I am writing this letter to the court because for about a year I have been discriminated on at My job. which has led to emotional stress, Health stress, also hendering me from monitary bonuses that could have been possible if atmosphe and training was implicated in a proffession Manner.

I have always worked with a positive and proffesional mind frame. I have been working since 18 and I have never felt so uncormfortable in my life and never felt like If I quit then maybe the issues would go away, But I realized that I cannot run away from the problem which is people who are so supposed to be leaders and examples of the company.

Since January of 2020 at Medline which is the company i have been discriminated against for my sexuality. From supervisors and trainers and also other team members.

It started off with my first supervisor Fabian speed he was very standoffish would see me and would go other way.

I initally was suppose to be working in shipping and not sure why because I never worked in that area or had driven forklift.

The trainer tried to train me on walkie which would be the equitment I would have had to have driven if i was working in shipping.

So i was put in a area called Re pack which is picking which was a more better position and fit. I would would even still be in that dep department and still had Fabian as a supervisor he also had other employees in that department and would communicate there performance, and help them during their 90 day provisonal period even if we got shirts i would be last to get mine.

I have brougt this to my warehouse supervisor - Manager Xiaver Hollingsworth so many times. I went to his office so frequently trying to get help with my training over months.

He said that he would see whats going on but that never changed.

During your 90 day which is a period to see your work performance

To see if there guring to hire or keep you on.

I would constantly try and get feedback from my supervisor and it felt like i was just not a priority. He would say he would check but never would get back to me but still would help his other employees thats why i knew knew that there was a problem.

The final time i asked my warehouse manager he called him right there and told him that i was concerned about where i stood with my performance, next thing we see is fabian coming and he had paper work he wrote me up for attendance also he had papers for me to sign saying that i had made mistakes which is why i was asking for more training so that I wouldnt even be getting them so he waited to last minute to give them to me. which was retaliation just because i contined to involve his manager.

So before my 90 days my new supervisor changed to Cathy which was LBGT and things were OK a little in beginning then they moved me to shipping. So that meant that I would have to train on equitment again (walkie).

The trainer Joe had to train me I could
tell that he was uncomfortable because
he was being very short with me and not
really trainging me mostly just letting
do it on myself which i could have hurt
myself. He passed me not even really showing
me throughly really trying to just quickly get
me out of way. He was training another person
and sent me back to floor while he still
continued to train another employee which
was a male. I felt so bad and emotional
Stressed because I knew that how i was
trained was not professional nor did I have
experience and that I was just passed off.
Then i was moved from repack which is
a department that I was doing ok in.
to shipping which is a department that
I never worked in an The training was
horrible. I was never trained my Supervisor
who was named Kathy because Fabian
Speed my supervisor switched a week before
my 90 days and that wasnt understable
because both supervisors were in same
area neither did my shift change.
I honestly think that they changed
(Supervisor + Manager) my Supervisor
because She was LBGT.

⑤

Through the time that she was my supervisor she tried to help me but it was only so much that she could or was doing. Everyday I would come to work looking to be trained and I would be told that there was no one avaliable and would be waiting or they would just send me to end of shipping just to watch + look at somebody else working one guy was someone who i was familiar with from repack and the other guy was someone who he knew. This became a daily thing. I continued to ask for help very frequently and always got same respons that no one was avaliable to train me which I still see trainers training new + other employees. Me and the other employee Derric who worked at end of dock mostly, that what we were seeing was wrong and we knew why. This began to be a continuous topic. I would even point this out to other employees like other Employees + new employees that were in shipping + other departments would train for long periods of time and I couldn't even get a hour on training. The atmosphere would be so uncomfortable that I just thought about just quitting because I became stressed out. Knowing that I wasn't being

...uted fairly.

When I started riding the walkie, I was so unfamiliar with where to go and drop off my pallets that I would go from one end of shipping to other end like a dizzy trying to find where to drop off pallets. I felt so lost doing that. My supervisor was aware of this happening. Also I had countless conversation with warehouse Manager Xaiver Hulllinswort he would say that he would do something but never happened.

This has been a very tramatic problem which that the company Medline Fre kmes and its supervisors, trainers, also HR have failed to help me in this situation. This has led me to seek theraphy & conseluing. I have missed Bonuses & also pay rate increases which I could have gotten. This has also resulted in Retaliation from other supervisors and also team leads which has made working unbareable and stressful and hostile work enviorment. Im still continuing to work because I have to but making it impossible to work. I am still continuing to work under these conditions.



# INVESTIGATION FORM

## WITNESS STATEMENT

I even before now get dizzy + also my anxiety level
que 8' up when im wrapping pallets from the
going all way to bottom then going in circles
and then theres no limits on how many pallets
they will have you wrap mentally not problem
but physically yes. and with my condition i dont
at this point feel like its even a good thing for
me to work in that department for my health.
I was wrapping pallet today and my current
supervisor Micheal had a issue with me wrapping
pallet from top which helped me and he told me
to start from bottom which rarely people do + Im
5'0 ft So its better for me to wrap that way
he had a real issue with me doing it that way to
were he stood there telling me i want you to start from
bottom mind you Im already half-threw wrapping pallet
+ almost at bottom. He to said so are you not going to
do it the way I asked you + I told him that I would
but Im almost at End and I would start it on the
next pallet he was being very combative and even seemed
upset this was after I had conversation with Xaiver +
Xavier having conversation with him. I also told him
that I wast trained at all from where to start
when wrapping Pallet. He didnt wanna just leave
me alone he stood there and looked me in my face

for at least 4 to 5 seconds didn't understand
why he was so upset.
So with that being said For me to have
Supervisor's + also trainers who never helped
or felt uncomfortable around me. I feel that
it is injust For me to be in that department
with no one to help me nor appreciate my work
ethic.

I've also have came in contact with another
Supervisor in shipping by the name of Joe + he has
never said not one word to me and to be honest
thats not supervisor like and we have to work around each
other! He has always frown on his Face when he looks a
me and I donot Feel comfortable with that kind
of behavior especially coming from Supervisor. This mon
10/4 I was going out of break room going outside and he was
coming in I even held door open and he just went all the wa
to side getting out of way and still never saying good morning
nor thankyou For me holding door. I found that to be very oc
has demeanor towards me is very dark and stand offish I went t
restroom and on my way someone asked me a work related question and he
seen me and was watching me then he came with sandra and he said
were are you supposed to be I said Im going to restroom, I asked him
You never say anything to me how now when you see me and this respons
was "Man go to the dock" I Found his behavior to be very disrespfu
and again he also roiled his eyes and pointed towards dock  (b)



# INVESTIGATION FORM

## WITNESS STATEMENT

I have been working in shipping and It Still feels like first day of school with my Knowledge. Certain procedures and learning. My Second supervisor tried to help me a little bit but it still wasn't at a level of that I am Supposed to be at. I constantly brought the training issue up. It seemed like their wasn't enough time. There would be weeks of Im sorry ill get to it. And that never happened. My productivity working in shipping has never been positive I have constantly been negative. When I(m) are constantly going week after Week and not getting fully trained nor helped with things your lacking in as far as training for your job. you began to feel left out also not apart of team! I pled everyday also trying to suck it in + stick it out hoping for best because U wanna do better but its Seeming like it cannot happen! Some day's walking into shipping and everyones getting started what there doing doing good you Kinda get discouraged about your job! I have had numerous conversation with ware house lead which who is mostly understand and tries to help but to no avail.

I recently went to doctors office and had check ups and appointsmunts and I have had a certain diagnosis but didnt realize that it was so harmful until i got older which causes me to react in certain way which is the reason its not safe for me to drive machinery at work. When igot this excuse from my docter not to drive the machinery. I was moved back to repack working in re pack helped me with my productivity and also my mind frame + also drive to work harder at medline. I started being positive and also started feeling motavated. Everything was going good and then last friday 10/30/2020 i was told to come go back to shipping. at the end of day I went to ask my supervis . what was the reasoning for me going back he said that its because they were busy but they have been busy for weeks extremly even staying late he was still to this day giving me a hard time at observation and still yet to doso!! he told me train me on dock on 30th of October that he was going to do one o 10/2 im writing this better statement of 10/4 At this point Im not sure on who to talk to or what to do.

(A)



Lee Moss

# INVESTIGATION FORM

#125769   10/4/2020

## WITNESS STATEMENT

I am writing this statment because I am complettly
at a point to where I donot Know what to do
inthese situations that I continue to have.
It has been a struggle and battle trying
to Keep my sanity.
I first started off in repack when I
first started initially my department was
in shipping which I have never done before
which was still not a problem because I'm
~~willing~~ ~~and do my best!~~
But i never drove a walkie before so it was
new for me so the trainer tried to train
me on walkie my 1st day and it was not a
success so they moved me to repack at First
it was struggle but i was positive sometimes
but once i got hang of it then it was
better. So even in my first months i had
shipping
supervisor who really didnt check-up on me
on never asked about my productivity or did observa
at all. so i was Kinda left hanging. It was
a week or two from my 90 day review and my
manager at the time told me that I was
good + when that time came I wasnt and
was also Extended.

01-28-2021

6:00 am
around Joe was walking
and as I was talking to associate
and I just so happened to
look up and he look at me
and rolled eyes at me and
I told associate and what he
did.
At 6:45 approxiamtly
Supervisor Simon came and
told me that Joe said that
me and another associate
were not social distancing
and I explained to Simon
that we were and that

**Supervisors**

Fabian Speed 1st

Katherine 2nd

Micheal 3rd

Sandra Hale

JOE Walker - Supervisor Shipping

**HR**

LISA BOWEN

**Trainers**

JOE carter - Trainer

Christopher Hill - TraineR

**Warehouse ManageR**

Xaiver Hollinsworth

**Site ManageR**

Wayne Lam

**Fax Call Report**

HP LaserJet M4345 MFP Series

Page 1

**Fax Header Information**

Medline Industries, Inc. B06
972-525-6261
Jan-25-2021 12:04 PM

| Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---|---|---|---|---|---|---|
| 5053 | Jan-25-2021 12:03 PM | Send | 12142532720 | 0:38 | 1 | Success |

# Employee Statement Form

Date of Statement: 3-24-21

Printed Name: Lee Moss

Position: Operations

Region: West

Facility Name: B06

I am writting this statement because
I am continuously being harrassed by
Olisha - 3am Lead !! Its starting to become
to much she doesn't speak nor give any
direction on anything dealing with
the day to day Production! She only tells
me when I'm doing something wrong and
She lets me do the mistake or thing
that she doesn't want me to do first
then she comes to tell me after the
fact even though she's already watching
me! This has been a onging thing and
I have brought this up to supervisor
Simon + Same thing stills continues
to happen. Today a employee by the name
of darryl mosely is a new employee +
sometimes he ask questions and if I know
answer I will help + If not I
direct him to managment or supervisor.

Employee Signature

Date 3-24-21

# Employee Statement Form

Date of Statement: 3-24-21

Printed Name: L. Moss
Position: Operations

Region: West
Facility Name: B06

Today this has happened "2 times" which he asked me a question were Olisha would just come behind not so close but maybe 10ft and just stand there not say anything just stare @ us @ computer and look irritated for what Im not sure. the 2nd time she did the samething but she had cassandra which she used to be lead on weekend shift just sit there and watch the both of us like we were doing something wrong. Her olisha & Cassandr had conversation obviously before because as Im leaving computer they were both looking @ me and him as I was walking off. I kinda figured that, that was what they were doing so I asked cassandra did she need me & she started to laugh & say no. But olisha was still just looking @ computer with cold face. This has been a continuous thing that has become to be so stressful

Employee Signature

Date 3-24-

10 Started back on
                       2020
12/7 - 12/12
Started back to work
Sandra barely spoken
when first come in
to get temperature.
throught week no
communication nor
direction The Whole
entire week even
Saturday !!
We got ready to go
because we were to
go home @ 11:30 am
but left @ 12:00
Sandra came in
telling everyone

② to go home. I
was in TC Room
she came in telling
people to go and
I was helping coworker
and she looked
directly down @ coworker
and told them to go
home and didn't look
or acknowledge
me and then walked
off

12-14-2020
was told by Sandra
middle part of day by
Xaiver that he wanted
me that he wanted
me to build carts
she just told me to
sign into cart building
no reasoning why nor
further direction.
-made boxes in between
and when started
day.

3:00 - 2:30

12-15-2020 Tuesday

Sandra came while Point
making Boxes It also
only two of us and
She only communicate
with him on what
was going on and
walked right by
me not informing
me on futher direct
as she did him.
(Daryl Mosley
4:33am
Sandra called
my name and
then said we need

A Boxes while Point
Pointing disrespectfully
to me.

Alicia also has not
been communicating
information. I have
not been getting
info from her aswell
no direction the
imformation has
is being told to
someone else even
though were doing
same task.

12-16-2020

Alicia was asked
a question about
if we had certain boxes
and she act like
she didn't hear
me. 4:45am

5:45am Alicia +
Sandra gave all
people who where
doing boxes directions
they were also
moving things
and did not communicate
any further directions
or on what we
were doing.

12-16-2020  6:39am
Tasked a team member
whos doing boxes as well
as i am about what
alicia + Sandra said
about boxes because
they failed to tell me
that the boxes that
we use to extended boxes
on row out that
alicia told her that
they weren't going to
USE the A boxes that
we use to extend row
was a "saftey" hazard
and that we weren't
going to use them

anymore, and that build as I'm loading the supervisor my cart Alicia snaps Sandra Hale that pictures of boxes that she told her that I'm making and didnt were not going to give me any feedback use them + that on whats wrong with there gonna do it them.

old way - had @7:5A Alicia came @ 7:30 Alicia had and took 2 of my

another conversation boxes dwn and threw with box makers + them away I'm assuming still didn't address and still at no point me. told me I was doing

-7:35am Shoe called anything wrong. alicia and I want to get more boxes to

12-17-2020

started day off
making boxes there
wasnt issue olivia
still did not give
any communication
but wanted to make
it known that she
was directing whoever
she was telling to
something by talking
louder when she was
telling them what to
do as far as direction
I called my doctor
first when i went
to break and

because I was directed
to go put labels on a
pallet but it was still
similar to me wrapping
pallets and it was
also continuous going
around in circles possibly
could have caused a
flare up
I called director of
HR for B-06 to explain
that I could not do
what was asked because
its part of my restriction.
After I came back
from lunch Xavier

came to explain     and had my accomidation
that it was his fault   the paper was dated
for not reviewing    12-16-2020 but
information first    Xavier told me that
and he takes full    it wasn't ready earlier
responsibility for    and ail week I had
not reviewing terms   been at work for
first before sending   two weeks as of 12-17-2020
me to do another dept  So I didn't understand
                      Why it wasn't ready

8:40 am
He told me that they
(HR) Lisa would be
getting my accomidations
together. 9:30 am
Xavier called me
into his office

ere there going and they didnt appear to know
t they where looking at. So i got very fustrated
use i knew that they where looking for me so
rned around and went straight to warehouse super.
office which was close and knocked on his door
e was talking to employee. So i said I would
ack but as im walking back towards shipping
comes Joe - supervisor and be hind me was
ware house manager asking me did I need
ing I started to walk towards him and I told
do you see them following me." My manager
on the other side of freezer just standing.
situation has stressed me out completiey to
its effecting my health and mental ability
ot feel comfortable with manager who not only
me but harrasses me and gang up on me with
er supervisor who makes me feel uncomfortable with.
is same day I went to lunch and as im in my car
panic attack from stress and faint in car to ware
to leave for the day. Im hoping that we can
out solution that we can be comfortable with ☺

Im not or never Knew what the problem was! Close to my 90 day review. I had a conversation with the ware house manager, and he culled the supervisor and told him what I needed. The superviser told me why I didn't say anything to him + said i see him everyday which I didn't he then brings me a papers for WSJ's and told me that, both and should be good.

After that any She was trying to help me and she started me with a trainer and the trainer never trained me thoroughly and I would just get bits + peices and not even lasting no more than 15-20 minutes which is not a good training ethic. I had to ask the trainer most questions Because never really engaged in asking me do you Know this are you understanding we was training with another employee and that was his focus. working in shipping im constantly lost because i donot Know what im doing. I am always very interested in learning new and different things. but wasnt giving chances to learn everything.

②

and . when I walked away he said what did you say
and then Sandra started laughing I just continued
to walk off and towards ware house managers
office.

So for me to work in a department were they
~~neither~~ supervisor nor trainers try to help me

nor are concerned ~~leave me~~ for My Production
nor helping me I dont think that it is
a positive outcome for me.

Everyday coming in with positive mind frame
and having that unsureness from your supervisor
who's supposed to help you is not good feeling but
~~hopeful~~ at same time feeling hopeful for change.

S M

10/4/2020

10:43 AM

①

①

I wanted to Inform you on things that have been occurring during my time @ medline thru my 90 days. I have constantly been writting up and its been done by Superviser Simon an Shift supervisor which he has an issue with me and also his clerk mami. I would be writting up for things that could have been fixed and was fixed! I donot have a problem with it only if i wasnt treated singled out. There have been multiple instances where others make mistakes and they donot get OSI's. This has happened multiple times and I Know For myself Because I've helped another coworker and have asked other employees and they got somethin wrong but did not get OSI's. I've even helped a coworker who's whole Cart was OSI's and they didnt receive any. That is absolutley not right to treat p.me in that manner because you donot Like someone.

Simon (supervisor) has had issues with me Starting around a month of me being @ medline. I have reported this to warehouse manager Xaiier @ least 4 or 5 times but this issue is

ongoing. Im just not sure on what to do about the situation. It feels like Im being set up for failure.

I work in a repack but my manager was Fabian speed I also brought these issues up to him aswell. I would ask him and also train me on equitment and that has yet to happen. I have constantly asked him to help me with ensuring that I would get thru my 90 day period successfully. I would ask him questions about ~~different things to train~~ getting me trained & learning different areas around repacking and I would need my manager to do that Ive asked the managers in repack could they help me train in different areas and they would refer me back to my manager and still nothing. Fabian Speed would see me but still avoid speaking or going over any updates or any issues that I need to work on. Fabian brought me OSI's to sign A month in a half after they were gotten he just brought me a pacic of papers for me to sign which where OSI's I would tell him that I need work on those areas and still no help.

. I also had conversations with warehouse manager Xavier about OSI's that Simon was giving me that werent right he said he would talk to him and See what the issue was but he never got back to me and OSI's still looked over by him.

I've wrote a statement to HR about this issue and still nothing was done.

I've also had wrote a report by pushing the red button to recive this issue

I just feel that In the way of me being good with my job because I am a fast learner and also abitious and willing to learn that I have not been getting the proper attention training to learn successfully I've time and time again also went to my trainer and voiced my opinion about more traing and would get response as they were busy and training other people.

I'm just not sure what to do at this point and needing this to be to be resolved so that me and other associates can also get the proper training they need to be successful at medline.

③ Fabian would come check on his other associates that work under him! It has been a ongoing issue that I had had and to be honest I dont feel that I am being treated ⊘equally. And managers and supervisers that do not help to make you successful.

My Supervisor @ the time Fabian speed, I had a conversation with the warehouse superviser Xavier that I donot know where I stand. He called Fabian on phone and told him to get with me and go over things that I was concerned about. Fabian later that day got with and we were going over things and too @ this time brought more papers for me to sign and they were still past due and they were supposed to be given to me weeks ago. At this same time I told him that I need more traing and that still didnt happen. My manager Changed a couple of days before my evaluation for my 90 days. I asked fabian befor that and he implied that I would be ok and that I should be good and that I wouldnt have to be extened and when that time not him but another manager gave me my evaluation who didnt know anything about my 90 days nor never had conversation with me.